Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  15−31453−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth J. Fields
   119 Garfield Ave
   Palmyra, NJ 08065−1310

Social Security No.:
   xxx−xx−3769

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 29, 2019
JAN: bc

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-31453-ABA
Kenneth J. Fields                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 29, 2019
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             Kenneth J. Fields,    119 Garfield Ave,    Palmyra, NJ 08065-1310
cr            +Forethought Life Insurance Company,    c/o Rushmore Loan Management Services,    PO Box 55004,
                Irvine, CA 92619-5004
515850313     +Ars Account Resolution,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
515850314      Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
515850315     +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
515850316     +Fein, Such, Kahn & Shepard, PC,    7 Century Dr, Ste 201,    Parsippany, NJ 07054-4673
517655819      Forethought Life Insurance Company,    c/o Rushmore Loan Management Services,    PO Box 52708,
                Irvine, CA 92619-2708
517655820     +Forethought Life Insurance Company,    c/o Rushmore Loan Management Services,    PO Box 52708,
                Irvine, CA 92619-2708,    Forethought Life Insurance Company,
                c/o Rushmore Loan Management Services 92619-2708
515991832      MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
515850318     +Rev Rec Corp,    Po Box 50250,   Knoxville, TN 37950-0250
515850319      Rutgers U,   Po Box 1089,    Piscataway, NJ 08855
515850320     +Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati, OH 45274-0039
515988085     +U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:56      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515940043      EDI: AIS.COM May 30 2019 03:48:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
515954941     +E-mail/Text: bankruptcynotice@franklincredit.com May 30 2019 00:22:20
                Deutsche Bank National Trust Company,    Franklin Credit Management Corporation,
                101 Hudson Street, 25th Floor,    Jersey City, NJ 07302-3984
515850317     +E-mail/Text: bankruptcynotice@franklincredit.com May 30 2019 00:22:20      Franklin Credit,
                101 Hudson St 25th FL,    Jersey City, NJ 07302-3984
515850321     +EDI: VERIZONCOMB.COM May 30 2019 03:38:00      Verizon,    500 Technology Dr Ste 30,
                Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Brad J. Spiller    on behalf of Debtor Kenneth J. Fields bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    Deutsche Bank National Trust Company, as
               certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Loss Mitigation    SHELLPOINT MORTGAGE SERVICING, as servicer for
               MTGLQ INVESTORS, L.P. bankruptcy@feinsuch.com

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: May 29, 2019
                               Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert P. Saltzman    on behalf of Creditor    Forethought Life Insurance Company dnj@pbslaw.org
                                                                                                                                              TOTAL: 7